**Dismissed and Memorandum Opinion filed May 21, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00208-CR

---

### DAYQUAN CRUSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1428684**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated sexual assault of a child. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for seven years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b)